UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

GENE SHAWN GROUP, et al.,

    Defendants.

No. 2:08-cv-02743-MCE-EFB

MEMORANDUM AND ORDER

The Court has reviewed the Proposed Consent Judgment and Order filed on February 12, 2009. Because the document, as submitted, does not appear to be a final version of the parties' agreement, the stipulated judgment is denied without prejudice. The parties are directed to resubmit a final agreement within five (5) days of this Order.

IT IS SO ORDERED.

Dated: February 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1