LAWRENCE BREWSTER
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
CA State Bar No. 256653
IAN ELIASOPH
Trial Attorney
CA State Bar No. 227557
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California  94103
Telephone (415) 625-7746
Fax (415) 625-7772
Email:  eliasoph.ian@dol.gov

Attorneys for Petitioner,
United States Department of Labor

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, <br><br>            Petitioner, <br><br>                    v. <br><br> GENE SHAWN GROUP, a limited liability corporation also doing business as A-Q DENTAL LABORATORY; YOUNG JIN LEE, an individual; JULIETTE MYUNG LEE, an individual; and the A-Q DENTAL LABORATORY 401(k) PROFIT SHARING PLAN, an employee pension benefit plan. <br><br>            Defendants. | Case No. 2:08-CV-02743-MCE-EFB <br><br> **CONSENT JUDGMENT & ORDER** |

Plaintiff ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("Secretary") pursuant to her authority under §§ 502(a)(2) and (5) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(2) and (5), has filed a Complaint against Defendants GENE SHAWN GROUP, a

*Consent Judgment and Order          Page- 1*

limited liability corporation also doing business as A-Q DENTAL
LABORATORY; YOUNG JIN LEE, an individual; JULIETTE MYUNG LEE, an
individual; and the A-Q DENTAL LABORATORY 401(k) PROFIT SHARING
PLAN, an employee pension benefit plan.[1]

A.  The Secretary hereby dismisses Defendant GENE SHAWN
GROUP, a limited liability corporation also doing business as A-
Q DENTAL LABORATORY, from this action.

B.  The Secretary, Young Jin Lee, Juliette Lee and the A-Q
Dental Laboratory 401(k) Profit Sharing Plan (collectively, "the
parties") admit that the Court has jurisdiction over this action
pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1), and that
venue lies in the Eastern District of California pursuant to
ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2).

B.  The parties agree to the entry of this Consent Judgment
& Order.  The parties further agree that this Consent Judgment &
Order shall fully settle all claims of the Secretary asserted in
the Complaint.

IT IS HEREBY **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  Defendants Young Jin Lee ("Young Lee") and Juliette
Myung Lee ("Juliette Lee") are liable to the A-Q Dental
Laboratory 401(k) Profit Sharing Plan (the "Plan") for
$32,587.37, including interest, in losses caused to the Plan,
arising out of their breaches of fiduciary duties under ERISA §§
404 and 406, as more fully alleged in the Secretary's Complaint,
and judgment is hereby entered against them in that amount.

2.  Defendants Young Lee and Juliette Lee shall restore

---

[1] The Plan is named in the Secretary's Complaint as a party necessary
for complete relief pursuant to Fed. R. Civ. P. 19(a).

PDF created with pdfFactory trial version www.pdffactory.com

$32,587.37 in losses and lost opportunity costs to the Plan. It
is anticipated that this debt will be fully or partially
restored in the bankruptcy proceedings currently pending before
the U.S. Bankruptcy Court, Eastern District of California, of *In
re Gene Shawn Group, LLC*, Case No. 08-27406, and *In re Juliette
Myung Lee and Young Jin Lee*, Case No. 08-27500 (the "bankruptcy
cases").  In the event the losses and lost opportunity costs are
not fully restored as a result of the bankruptcy proceedings,
Defendants Young Lee and Juliette Lee shall restore any
remaining losses to the Plan no later than thirty days following
the completion or termination of any plan of reorganization
adopted in the proceeding of *In re Gene Shawn Group, LLC*, Case
No. 08-27406.  If *In re Gene Shawn Group, LLC*, Case No. 08-27406
is ever converted to a case under Chapter 7 of the Bankruptcy
Code, the entire balance owed to the Plan will become due and
owing.

   3.   Defendants Young Lee and Juliette Lee are permanently
enjoined and restrained from violating the provisions of Title I
of ERISA, 29 U.S.C. §§ 1001-1191c.

   4.   Defendants Young Lee and Juliette Lee are hereby
permanently enjoined and restrained from future service as a
fiduciary of, or service provider to, any ERISA-covered employee
benefit plan subject to the exception set forth in Paragraph 6,
*infra*.

   5.   Defendants Young Lee and Juliette Lee are hereby
removed as a fiduciary to the Plan subject to the exception set
forth in Paragraph 6, *infra*.

   6.   Defendants Young Lee and Juliette Lee shall remain

*Consent Judgment and Order        Page- 3*

PDF created with pdfFactory trial version www.pdffactory.com

1  fiduciaries of the Plan solely to the extent necessary to

2  restore losses to the Plan, make distributions of the assets of

3  the Plan—either currently existing or restored as a result of

4  this action or the Defendants' bankruptcy cases—and to wind down

5  and terminate the Plan.  Upon termination of the Plan,

6  Defendants Young Lee and Juliette Lee shall provide

7  documentation of such termination to Plaintiff and shall be

8  removed from their positions as fiduciaries of the Plan.

9      7.    Funds will not be deemed restored to the Plan until

10  they are deposited with the Plan's custodial trustee, Nationwide

11  Trust Company. In the event that Gene Shawn Group, LLC, fails to

12  pay any administrative fees or expenses related to the

13  administration or termination of the Plan, Defendants' Young Lee

14  and Juliette Lee will become solely responsible for payment of

15  any such expenses or fees.

16      8.    The Secretary and Defendants shall each bear their own

17  costs, expenses, and attorneys' fees incurred to date in

18  connection with any stage of this proceeding, including but not

19  limited to attorneys' fees which may be available under the

20  Equal Access to Justice Act, as amended.

21      9.    Defendants expressly waive any and all claims of any

22  nature which they have or may have against the Secretary, the

23  Department of Labor, or any of its officers, agents, attorneys,

24  employees or representatives, arising out of or in connection

25  with the allegations contained in the Complaint on file in this

26  action, any other proceedings or investigation incident thereto

27  or based on the Equal Access to Justice Act, as amended.

28

*Consent Judgment and Order        Page- 4*

PDF created with pdfFactory trial version www.pdffactory.com

10.   This consent judgment does not in any manner affect the right of the United States Department of Labor to assess a civil penalty of twenty percent ($6,517.47) on amounts recovered pursuant to ERISA § 502(l), 29 U.S.C. § 1132(l). Defendants do not dispute such assessment and agree to pay such assessment when due.  The Defendants waive the notice of assessment and service requirement of 29 C.F.R. § 2570.83 and, within sixty days following termination of the Plan, Defendants Young Lee and Juliette Lee shall pay the Penalty Amount to the U.S. Department of Labor, by sending a certified or cashiers check payable to the United States Department of Labor (please write EBSA Case No. 70-013124(48) on the check) to:

<u>Regular Mail</u>
U.S. Department of Labor
ERISA Civil Penalty
P.O. Box 70942
Charlotte, NC 28272-0942

11.   Nothing in this Consent Judgment is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

12. This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment & Order.

13.   By signing their names to this Consent Judgment & Order, the parties represent that they are informed and understand the effect and purpose of this Consent Judgment & Order.

//

//

*Consent Judgment and Order          Page- 5*

PDF created with pdfFactory trial version www.pdffactory.com

1       The Court directs the entry of this Consent Judgment &
2 Order as a final order.
3       IT IS SO ORDERED.
4 Dated:  February 20, 2009

5

6                          MORRISON C. ENGLAND, JR.
7                         UNITED STATES DISTRICT JUDGE

8       Entry of this Consent Judgment is hereby consented to:

9       Dated: 02/06/2009       GREGORY F. JACOB
                          Solicitor of Labor
10
                          LAWRENCE BREWSTER
11                        Regional Solicitor

12                        DANIELLE L. JABERG
                          Counsel for ERISA
13

14                        By: */s/Ian H. Eliasoph*
15                         Ian H. Eliasoph
                         Trial Attorney
16                      Attorneys for the Plaintiff
17

18      Defendants consent to the entry of this Consent Judgment.

19
20       Dated: 01/13/2009       */s/ Young Jin Lee*
                          Young Jin Lee
21                        (Original signature
                        maintained by Ian H. Eliasoph)
22

23       Dated: 01/13/2009       */s/ Juliette Myung Lee*
                          Juliette Myung Lee
24                        (Original signature maintained by
                        Ian H. Eliasoph)
25

26

27

28

*Consent Judgment and Order*       *Page- 6*

PDF created with pdfFactory trial version www.pdffactory.com